UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RANDY SANCHEZ, on behalf of himself and
all others similarly situated,

                Plaintiff,                              JUDGMENT
v.                                                  23-cv-00371-DLI-MMH

Designer Optics Corp.,

                Defendant.
------------------------------------------------------------ X

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 18, 2023, dismissing this action for failure to prosecute; it is

        ORDERED and ADJUDGED that this action is dismissed for failure to prosecute.

Dated: Brooklyn, NY                                            Brenna B. Mahoney
           August 28, 2023                                   Clerk of Court

                                                                   By: */s/Jalitza Poveda*
                                                                         Deputy Clerk